# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>QUEENSRIDGE TOWERS, LLC, et al.,<br><br>Defendant(s). | Case No.: 2:19-cv-00056-MMD-NJK<br><br>**Order** |

This case was recently transferred to this District, and it appears to be related to other cases already pending here. *See* Docket No. 117 (transferring case under the first-filed rule in light of Case No. 2:18-cv-00791-JCM-VCF). If the cases are indeed related, counsel shall comply with the procedures outlined in Local Rule 42-1(a) by March 4, 2019.

IT IS SO ORDERED.

Dated: January 10, 2019

Nancy J. Koppe
United States Magistrate Judge